IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OCEAN INNOVATIONS, INC. (f/k/a JET DOCK LICENSING, INC.), et al.<br><br>Plaintiffs,<br><br>v.<br><br>QUARTERBERTH, INC., et al.<br><br>Defendants. | CIVIL ACTION NO.: 1-03-CV0913<br><br>JUDGE JOHN R. ADAMS<br><br>**ORDER OF PARTIAL DISMISSAL** |

    The plaintiffs, Ocean Innovations, Inc., and Jet Dock Systems Inc. (collectively "Jet Dock") have moved voluntarily to dismiss without prejudice all claims against George Dabrowski ("Dabrowski") except their claim that he infringed claims 1 and 15 of U.S. Patent 5,529,013 and claim 28 of U.S. Patent 5,931,113. Jet Dock has also moved to waive its claim for damages for infringement of claims 1 and 15 of U.S. Patent 5,529,013 and claim 28 of U.S. Patent 5,931,113.

    The Court has previously held on summary judgment that Dabrowski had not shown these claims to be invalid (ECF 238) and that he has infringed these claims (ECF 243). Dabrowski filed an answer to the complaint (ECF 23) which raised no

counterclaim against Jet Dock. Dabrowski did not file an answer to the Supplemental and Second Amended Complaint (ECF 209).

In view of the foregoing, Jet Dock's motion is granted and all claims in Jet Dock's Supplemental and Second Amended Complaint against Dabrowski except the claims that Dabrowski infringed claims 1 and 15 of U.S. Patent 5,529,013 and claim 28 of U.S. Patent 5,931,113 are hereby dismissed without prejudice.

IT IS SO ORDERED

7/12/2011  /s/ John R. Adams

Date  John R. Adams
U.S. District Judge